UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

19-CV-_____

FILED BY $\rho G$ D.C.

APR 3 0 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

ADEM ALBRA, )
)
          **PLAINTIFF**, )   **JURY TRIAL DEMANDED**
v. )
)
BROWARD COUNTY SHERIFFS DEPT )
)
          **DEFENDANTS** )

## PLAINTIFF'S COMPLAINT AGAINST THE
## BROWARD COUNTY SHERIFF'S DEPT

Plaintiff, Adem Albra, moves this Court for a trial by jury and hereby files this cause of action against the Broward County Sheriff's Dept for deprivation of Albra's 4th, 5th, and 14th Amendment Rights of the U.S. Constitutional, as codified at 42 USC 1983.

As the names of all the law enforcement officers involved are not available to Plaintiff, he notifies this Court of his right to amend this Complaint to add each officer to this Complaint and sue them in their individual capacities.

The question before this Court is whether the police can detain someone, handcuffed, and in their police vehicle, for over three and a half hours, based on one readily available controlling question. As a result Plaintiff asserts that Defendants have violated his Constitutional Rights and is entitled to all damages, as set forth by a jury of his peers.

## JURISDICTION

1. Jurisdiction for this suit is conferred in part by 42 U.S.C. 1983, which provides, in part:

   Every person who, under color of any statute, ordinance, regulation, custom or usage, of any State or Territory, or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action of law, suit in equity, or other proceedings for redress.

2. Under 28 U.S.C. 1331 and 1343(a)(3) and (4), the Court can entertain an action to redress deprivation of rights guaranteed by the United States Constitution, and the Court has jurisdiction to hear an action to redress deprivation of rights guaranteed by the laws and the Constitution.

3. As the Defendant in this case is against Broward County Sheriff, venue is proper in the Southern District Court of Florida..

## FACTUAL BACKGROUND

1. On March 11, 2019, Plaintiff's roommate, Leslie Szendy, called the Broward County Sheriff's Department claiming that Albra was abusing one of his dogs, by not euthanizing the dog. Albra was unaware he made such a call as this dog was not Albra's property.

2

2. The dog in question is the property of Leslie Szendy, as he acquired the dog from a friend of his who died. The family of his deceased friend emailed him asking if he wanted the dog. Leslie replied yes via email, and took possession of this dog. (Plaintiff has the email proving these facts).

3. At 8:36am of day in question, deputy Jennings responded to this call and knocked on the door. Upon Plaintiff opening his front door for deputy Jennings, he was immediately handcuffed and detained by Broward County Sheriff's Department and put into a police vehicle.

4. Albra notified the deputies that the dog was Leslie Szendy's property; however, one of the deputies stated that since I took care of the dog, I have ownership interest.

5. The laws about dogs being considered "property" is standard throughout the United States, and it is clear to any reasonable person that ascertaining this information should have taken only a few minutes in performing this investigation.

6. Despite numerous requests to either arrest him or let me free, every officer refused to act, falsely imprisoning Albra, even when Albra informed the police officers that their detainment was depriving him of his scheduled medications.

7. It was nearly 3 and a half hours where Albra was handcuffed, and in the back of a police vehicle, in front of his home with neighbors watching, where the Broward Sheriff's Dept deprived him of his liberty, and forever tarnished Albra's reputation.

8. Albra filed a complaint with Broward Sheriff's Internal Affairs. On April 5, 2019, despite police camera footage validating Albra's statements, the blue code of silence concluded no misconduct had occurred. Albra's attempts to resolve this matter with Administration have been ignored by the Sheriff's – hence, the commencement of this suit.

9. Albra also requested the Sheriff's Dept preserve all police camera footage as he intended to subpoena them in a court of law.

## U.S. CONSTITUTION – THE LAW OF THE LAND

The Fourth Amendment to the United States Constitution The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

The Fifth Amendment to the United States Constitution provides: No person shall ... be deprived of life, liberty, or property, without due process of law

4

... ... [N]or shall any State deprive any person of life, liberty, or property, without due process of law.

The Fourteenth Amendment says that no state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws

## ARGUMENT

This is a simple case pertaining to the most cherished element of the U.S. Constitution – that of liberty. The Broward County Sheriff's department stole Albra's liberty for over 3 and a half hours, handcuffed, and in the back of their police vehicle for all his neighbors to witness, based on one simple question of law – who owns the dog.

It is understandable, but not agreed with, that the police can detain an individual who is under suspicion, or if basic investigatory methods need to be performed to ascertain if an arrest needs to be made.

However, no reasonable person would conclude this required three and a half hours of detainment. Any judgment of the contrary would attempt to single handedly rewrite the Constitution – to the government's favor.

## MEMORANDUM OF LAW

In the eyes of the law, dogs are legally considered property, no different than a couch or a car. One of the deputies who said that taking of car of the dog establishes ownership rights is clearly wrong. Otherwise, every car washer in America would be delighted if any court dare create such a precedent.

5

Further, all human rights instruments throughout the world, including the American Declaration of Human Rights & the Duties of Man, make it clear that inherent human rights bestowed upon us by our Creator, such as liberty, freedom, and reputation, cannot be arbitrarily taken from an individual by the State, without cause.

**WHEREFORE**, Plaintiff prays the Court will GRANT all relief, including nominal, compensatory and punitive damages determined by a jury, any other additional relief the Court may deem proper.

**JURY TRIAL DEMANDED**

Signed this __25__ day of __April__, 20__19__

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __April 25, 2019__

_____
Signature of Plaintiff

6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of April 2019, a true and correct copy of the foregoing was sent via First-Class US postal mail to the following:

BROWARD COUNTY SHERIFF'S
Office of General Counsel
2601 W Broward Blvd
Fort Lauderdale, FL 33312

                        Respectfully submitted,
                        Adem Albra, Plaintiff, pro se
                        860 NE 34th Street
                        Fort Lauderdale, FL 33334
                        954-638-8190
                        ademalbra@hotmail.com

By: _____
            Adem Albra

Salem Albra
560 NE 34th Street
Fort Lauderdale, FL 33334

Clerk
Southern District Court of Florida
400 North Miami Avenue
Miami, FL 33128

```
833790426121735
FCM LETTER
33334 0020
04/26/19
06      2SSK
11 488214
```

U.S. POSTAGE $0.85

FOLD HERE